before issue joined. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

RITA ROSE, Appellant, v. JAMES MONTGOMERY, Respondent.— Order denying plaintiff's motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

RUTH ROSENFELD, an Infant, by NATHAN ROSENFELD, Her Guardian ad Litem, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to abide the event. We think we should not interfere, in the circumstances here shown, with the action of a trial justice in granting a motion, made at the trial, to set aside the verdict as contrary to the evidence. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

NATHAN ROSENFELD, Appellant, v. BROOKLYN CITY RAILROAD COMPANY, Respondent.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to abide the event. We think we should not interfere, in the circumstances here shown, with the action of a trial justice in granting a motion, made at the trial, to set aside the verdict as contrary to the evidence. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

SAMUEL RUSSO and HELEN PEARL RUSSO, Respondents, v. JOHN G. LAVENDER and COLONIAL FINANCE TRUST, Appellants.— Judgment unanimously affirmed, with costs. This action was clearly within the provisions of section 150 of the Personal Property Law,* which provides, where there is a breach of warranty by the seller the buyer may rescind the contract to sell, or the sale, and refuse to receive the goods, or, if the goods have already been received, return them or offer to return them to the seller and recover the price or any part thereof which has been paid. This section applies to conditional sales. (*Peuser* v. *Marsh*, 218 N. Y. 505.) Each of the other points suggested by the appellants has been carefully examined, but we fail to find any reason for reversal therein. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

MOSES SCHORR and MEYER SHAPIRO, Appellants, v. ELLEN A. BUDD and EDITH M. BROWN, Copartners, etc., Respondents.— Order granting defendants' motion to open their default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

INGEBORG MARIE SKRUTVOLD, Respondent, v. MARIE CHRISTIANSEN, Appellant. — Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Young and Lazansky, JJ.

MAX ZEISLER, Respondent, v. SAMUEL FEINSTEIN, Appellant.— Order granting plaintiff's motion to strike out the first and second defenses in the answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

* Added by Laws of 1911, chap. 571, known as the Sales of Goods Act.— [REP.